# Exhibit A

Retail Installment Sales Contract
Dated 12/31/05

**Greenwood CREDIT UNION**

## RETAIL INSTALLMENT - SALE AGREEMENT AND SECURITY AGREEMENT

For indirect-car loans written in Rhode Island
Nonnegotiable consumer note (R.I. ... 6-27.5)

Signed at E. PROVIDENCE, RI on DECEMBER 31st, 20 05 between the undersigned Seller ("us," "we," or "our"), and Buyer(s) ("you" or "your").

We, the undersigned Seller, sell and you, the undersigned Buyer(s), buy the motor vehicle described below, together with all its equipment and accessories, on the terms stated on the front and back of this Agreement. You, jointly and severally if more than one, promise to pay us at the credit union to whom we assign this Agreement (the "Credit Union") the Amount Financed stated below together with interest upon the balance of the Amount Financed which may be outstanding from time to time at the Annual Percentage Rate stated below in the monthly installments stated below until paid in full. All payments will be applied first to interest accrued to the date upon which such payments are made, second to late fees, and the remainder to the principal outstanding.

To secure payment and performance of your obligations under this Agreement, you grant us a security interest in the motor vehicle together with all accessions and other additions added to the motor vehicle within ten (10) days of this Agreement and their proceeds, including insurance proceeds (all of which we refer to as "Motor Vehicle"). You agree that if the Credit Union becomes the holder of this Agreement, it will have the right of setoff, which is its right to transfer any of your funds or shares held by it in order to reduce or extinguish this or any other of your indebtedness to it as permitted by law.

You agree that you will pay all costs of collection, including reasonable attorney's fees.

| NEW | USED | MODEL YEAR | MAKE AND MODEL | BODY TYPE | VEHICLE IDENTIFICATION NUMBER | Unless checked here ☐, the Motor Vehicle is purchased for personal, family or household purposes |
|---|---|---|---|---|---|---|
| | XX | 2001 | CHEVROLET CAVALIER | SEDAN | 1G1JC524717385857 | |

EQUIPPED WITH ITEMS CHECKED: RADIO | STEREO | AUTO TRANS. XX | STD. TRANS. | POWER STEERING | POWER BRAKES | POWER WINDOWS | POWER SEATS | AIR COND. | | WHEEL COVERS | TINTED GLASS | VINYL ROOF/TRIM | UNDER COATING

DESCRIPTION OF SPECIAL EQUIPMENT:

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 1963.00 |
|---|---|---|---|---|
| 9.75% | $ 3109.84 | $ 11419.16 | $ 14529.00 | $ 16492.00 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are due |
|---|---|---|
| 60 | $ 242.15 | On the 14th day of each month, beginning on 02/14/06 |
| | $ N/A | |

**Security:** You are giving a security interest in the Motor Vehicle being purchased.
**Prepayment:** If you pay off early, you will not have to pay a penalty.
**Late Fee:** If any payment is received more than ten (10) days after it is due, you will be charged five percent (5%) of the payment amount.
**Other Terms:** Please read this Agreement, including the reverse side, for additional information on security interests, nonpayment, default, and our right to require repayment in full before the scheduled maturity date.

**ITEMIZATION OF AMOUNT FINANCED**

1. Cash Price (including any accessories and services) ........ $ 12988.00 (1)
2. Total Downpayment = Net Trade-in $ 1963.00 + Cash Downpayment $ N/A ..... $ 1963.00 (2)
   Your Trade-in is a 2001 CHEVROLET IMPALA
   Year Make Model
3. Unpaid Balance of Cash Price (1 minus 2) ........ $ 11025.00 (3)
4. Amounts Paid to Others on Your Behalf (Other Charges).
   A. Cost of Optional Credit Insurance for the Term of this Contract Paid to:
      (Name of Insurance Company)
      Credit Life Ins. $ N/A Disability, Accident & Health Ins. $ N/A $ N/A
   B. Cost of Optional Mechanical Repair Insurance Covering Certain Mechanical Repairs Paid to:
      (Name of Insurance Company) $ N/A
   C. Cost of Single Interest Insurance for the term of this agreement ........ $ 60.00
   D. Sales Taxes Paid to Government Agencies ........ $ 174.16
   E. Certificate of Title Fees Paid to Government Agencies ........ $ 60.00
   F. Other Charges (Seller must identify who will receive payment and describe purpose)
      to GREENWOOD CREDIT UNI for SHARE-ACCOUNT DEPOSIT $ 5.00
   G. Other Charges (Seller must identify who will receive payment and describe purpose)
      to ______ for ______ $ N/A
   H. Other Charges (Seller must identify who will receive payment and describe purpose)
      to PAUL MASSE PONT-CAD-GMC for DOC FEE $ 95.00

   Total Amounts Paid to Others on Your Behalf (Other Charges) ........ $ 394.16 (4)
5. Amount Financed (3 + 4) ........ $ 11419.16 (5)

**Insurance: You cannot be denied credit simply because you choose not to buy credit insurance. Credit-life insurance and credit-accident and -health insurance are not required to obtain credit. Insurance will not be provided unless you sign and agree to pay the additional charge. Please see #4A above for the cost of insurance.**

Buyer wants single credit-life insurance ______ Signature
Buyers want joint credit-life insurance ______ Buyer's Signature
Buyer wants credit-accident and -health insurance ______ Signature

You may obtain property insurance, including single interest vendor's single interest insurance, from anyone you want that is acceptable to us. If you purchase the vendor's single interest insurance from us, the cost is stated above in 4C.
LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.
You agree that the Motor Vehicle will be kept (principally garaged) at the address of the Buyer below unless a different address is filled in as follows:

Number and street ______ City or town ______ State ______

**NOTICE TO THE BUYER: 1. Do not sign this contract if any of the spaces intended for the agreed terms to the extent of the then-available information are left blank. 2. You are entitled to an exact copy of the contract you have signed. 3. Under the law, you have the following rights, among others: (a) to pay off in advance the full amount due and to obtain a partial refund of the finance charge; (b) to redeem the property repossessed for default; and (c) to require, under certain conditions, a resale of the property if repossessed.**

You acknowledge that you have received an exact copy of this Agreement signed by us and completely filled in where applicable before you signed this Agreement. Signed and sealed as of the above date.

SELLER PAUL MASSE CHEVROLET-GEO, INC.
By (please print)
Address 1111 TAUNTON AVE. E. PROVIDENCE RI 02914
Signature

BUYER (Please print)
Address 777 CONESETT ROAD APT 305
WARWICK RI 02886
Signature [signature]
CO-BUYER (Please print)
Address
Signature

THE TERMS OF THIS AGREEMENT ARE CONTAINED ON BOTH SIDES OF THIS PAGE
White - Credit Union Yellow - Buyer Pink - Dealer

Original 8½ x 14 Double Sided

) AGREE THAT:

**General.** When this ..reement refers to "us," "we" or "our," it also includes the holder of this Agreement after any Assignment by us. Any statements or representations you make relating to this Agreement are true.

**Payments and Finance Charges.** You understand that the FINANCE CHARGE and the Total of Payments shown on the face or this Agreement are based on the assumption that all installment payments will be made on the scheduled due dates. If you fail to pay any installment by the time it is due, you will pay interest on the overdue amount until it is paid.

**Change of Address.** You immediately will notify us in writing of any change of the address listed in this Agreement. You will not remove the Motor Vehicle permanently from the state without our written consent.

**Inspection.** We may inspect the Motor Vehicle at any reasonable time.

**Other Claims in The Property.** No one else has any claims to the Motor Vehicle, the property traded in or their proceeds. At our request, you will assist in completing any title application and will pay the cost of filing it whenever and wherever we desire. You will not attach the Motor Vehicle to any real estate without our prior written consent.

**No Transfer.** You will not transfer any ownership or interest in the Motor Vehicle without our written consent.

**Property Insurance.** You will insure the Motor Vehicle with policies acceptable to us, for collision, fire, and theft coverage for the Motor Vehicle's full insurable value with the insurance payable to both you and us to the extent of your and our respective interests in the Motor Vehicle. You promise to give us at least ten (10) days' notice of cancellation of the insurance. You will give us the right to endorse any insurance drafts and will furnish to us certificates or other evidence of compliance with the insurance provisions. We may retain any insurance proceeds and/or premiums on any such insurance. Vendor's single-interest insurance is insurance designed to protect us or our assignee from damage to the Motor Vehicle due to a collision or upset of the Motor Vehicle and from loss due to the conversion, embezzlement or secretion of the Motor Vehicle by you. The insurer has waived all rights of subrogation against us in connection with the vendor's single-interest insurance. You agree that we can use any insurance settlement either to repair the Motor Vehicle or to apply to the balance of your obligations hereunder as non-updating payments.

**Credit Insurance.** The issuance of credit-life insurance or credit-accident and -health insurance is subject to your insurability and the judgment of the insurer.

**Other Payments to Property.** You will pay when due any taxes relating to the Motor Vehicle and will keep the Motor Vehicle in good repair and use it only in a lawful manner consistent with this Agreement and any insurance policies. At our option, we may make any insurance, tax, or other payments relating to the Motor Vehicle. You agree to reimburse us for any such payments.

**Default.** Subject to any applicable limitations of law, you will be in default under this Agreement upon the occurrence of any of the following: (a) your failure to make any required payments or upon the occurrence of an event which in our judgment substantially impairs the value of the Motor Vehicle; (b) we learn of the material falsity when made of any representation made by you or on your behalf to induce this extension of credit; (c) death, dissolution, insolvency, business failure, appointment of a receiver, assignment for the benefit of creditors, or the commencement of bankruptcy proceedings with respect to you or any guarantor hereof; and (d) loss, theft, abandonment, damage, sale, lease, encumbrance, or illegal use of the Motor Vehicle, or the making of any levy, seizure, or attachment thereof or thereon. If we do not immediately exercise our rights upon any default, this will not prohibit us from exercising our rights if there is another default or with respect to the same default.

11. **Rights Upon Default.** Upon your default and failure to bring your payments up to date within the time frame allowed by law, we may declare the entire unpaid balance under this Agreement immediately due and payable after we give you any required notices. We may require you to make the Motor Vehicle available to us at a place designated by us which is reasonably convenient to both parties. We will have all of our remedies as allowed by law.

12. **Repossession.** If, because of your default, the Motor Vehicle is repossessed and sold, sale proceeds will be applied to the amount you owe us after deducting reasonable repossession, sale and storage expenses. If the net proceeds of such sale do not exceed the balance due, you will be liable for any deficiency, to the extent allowed by law. You agree that the sale to a dealer is a commercially reasonable method of disposition.

13. **No Other Warranties.** You acknowledge that no express promises, statements, or warranties were made with respect to the Motor Vehicle, except for any warranty written on this Agreement or given by the manufacturer of the Motor Vehicle. IF THE MOTOR VEHICLE IS PURCHASED FOR BUSINESS PURPOSES, THERE IS NO IMPLIED WARRANTY OF MERCHANTABILITY AND NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE OF THIS AGREEMENT.

14. **Severability.** If any provisions of this Agreement are declared by law to be invalid, the remainder of this Agreement will not be affected and will continue in force.

15. **Rhode Island Law.** Questions about this Agreement will be decided by Rhode Island and applicable federal law.

16. **Assignment.** If this Agreement is assigned by us, you will pay directly to the assignee.

17. **Full Expression of Parties.** This Agreement constitutes the full expression of the parties. No terms may be added or modified without the prior, written, expressed consent of the parties.

18. **Federal Trade Commission Notice.** The following notice applies only where the Motor Vehicle is to be used for personal, family, or household purposes.

NOTICE

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

**Greenwood Credit Union**

2669 POST ROAD
WARWICK, RI 02886
(401) 739-4600

## SELLER'S WARRANTY AND ASSIGNMENT

For value received the Seller hereby sells, assigns and transfers to Greenwood Credit Union of Warwick, Rhode Island the within Agreement and all rights and interests in the cle covered thereby. The Seller warrants that: (a) this Agreement is genuine, legally valid and enforceable; (b) the cash-down payment and/or trade-in were received; (c) no part of ayment was loaned by the Seller to the Buyer; (d) all statements of fact in this Agreement, including the name and address of the Buyer, are true; (e) to the best of the Seller's the Buyer's statements in the Buyer's credit application are true; (f) title to the Motor Vehicle is free of all claims, liens, and encumbrances; (g) the Buyer is not a minor and has contract; (h) the Seller has no knowledge of any facts which impair the validity or value of this Agreement; (i) no express warranties of any nature were made to the Buyer which orsed on this Agreement other than any warranty given to the Buyer by the manufacturer of the Motor Vehicle; (j) all applicable statutes in regard to solicitation, execution, and f the Agreement have been complied with; (k) an executed copy of this Agreement and all notices and disclosures required by law have been delivered to the Buyer; (l) the Buyer ns, damages or causes of action against the Seller arising out of the sale of the Motor Vehicle, and the Motor Vehicle was delivered in accordance with all requirements of this and applicable law; (m) the Seller has obtained a certificate of title or comparable documents of title for, and paid any required sales tax on, the Motor Vehicle or equipment, and Jnion has been named as first lienholder on the certificate of title or comparable document of title which was issued for the Motor Vehicle or equipment. The Seller waives all d notice of default and repossession and disposition and consents that without notice the Credit Union may extend time to or compound or release any rights against the Buyer or ors. If any of the representations or warranties of the Seller in this assignment or of the Buyer in this Agreement should be untrue, the Seller agrees to repurchase the Agreement in lemand and to pay therefore the amount owing thereon plus all costs and expenses, if any, with legal fees, for the enforcement of such repurchase, and to indemnify and save the n harmless of and from any and all loss, cost, expense or damage arising directly or indirectly from such untruth. This assignment is subject to the terms and conditions of any hat now may be in force between the Seller and the Credit Union, except that any delay in the redelivery of the Motor Vehicle resulting from legal action or requirements to e Motor Vehicle if such be required by such agreement, shall not affect the repurchase obligation hereunder. The Seller agrees to indemnify the Credit Union for any loss, id reasonable attorney's fees sustained by the Credit Union because of a judicial setoff or recovery made against the Credit Union as a result of any claim or defense the Buyer may t the Seller. If the Agreement is rescinded by court order, the Seller shall pay the Credit Union the full amount which the Credit Union paid to purchase this Agreement. The Seller le even if a waiver, compromise, settlement or valuation of the terms of this Agreement releases the Buyer.

sealed by the Seller this ________ day of ____________________, 20___.

Seller ____________________

By (please print) ____________________

Signature ____________________

## FULL-RECOURSE ASSIGNMENT

For the value received the Seller hereby sells, assigns, and transfers to Greenwood Credit Union of Warwick, Rhode Island the within Agreement and all rights and the Motor Vehicle covered thereby, subject to and with the benefit of all the warranties contained in the Seller's Warranty and Assignment appearing immediately assignment, which assignment is incorporated herein by reference. In addition, the Seller agrees that upon the occurrence of any event allowing the Seller to declare the ance of the total of payments under this Agreement immediately due and payable or in the event the Credit Union shall at any time deem itself insecure in respect of the igations thereunder, the Seller will repurchase this Agreement in cash upon demand in the same manner and subject to the same conditions, liabilities, and indemnities ained in the Seller's Warranty and Assignment.

sealed by the Seller this ________ day of ____________________, 20___.

Seller ____________________

By (please print) ____________________

Signature ____________________