UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANN GARZILLI<br>Plaintiff, | ) | |
| V. | ) | C.A. NO. 06-269T |
| PAUL MASSE CHEVROLET-GEO, INC.<br>Defendant. | ) | |

## ANSWER OF DEFENDANT

1. Defendant denies the allegations in Paragraph 1.

2. Defendant does not possess sufficient knowledge or information to either admit or deny the allegations in Paragraph 2.

3. Defendant admits that it is a corporation incorporated in the State of Delaware and denies the remaining allegations in Paragraph 3.

4. Paragraph 4 sets forth a statement of law to which no response is required. To the extent that an allegation to which a response is required is contained in Paragraph 4, Defendant denies all such allegations.

5. Paragraph 5 sets forth a statement of law to which no response is required. To the extent that an allegation to which a response is required is contained in Paragraph 5, Defendant denies all such allegations.

6. Paragraph 6 sets forth a statement of law to which no response is required. To the extent that an allegation to which a response is required is contained in Paragraph 6, Defendant denies all such allegations.

7. Defendant does not possess sufficient knowledge or information to either admit or deny the allegations in Paragraph 7.

8. Defendant does not possess sufficient knowledge or information to either admit or deny the allegations in Paragraph 8.

9. Defendant does not possess sufficient knowledge or information to either admit or deny the allegations in Paragraph 9.

10. Defendant denies the allegations in Paragraph 10.

11. Paragraph 11 sets forth a statement of law to which no response is required. To the extent that an allegation to which a response is required is contained in Paragraph 11, Defendant denies all such allegations.

12. Defendant denies the allegations in Paragraph 12.

13. Defendant denies the allegations in Paragraph 13.

14. Defendant does not possess sufficient knowledge or information to either admit or deny the allegations in Paragraph 14.

15. Defendant denies the allegations in Paragraph 15.

16. Defendant denies the allegations in Paragraph 16.

17. Defendant denies the allegations in Paragraph 17.

18. Defendant denies the allegations in Paragraph 18.

19. Defendant denies the allegations in Paragraph 19.

20. Defendant incorporates herewith by reference its responses to the allegations in Paragraphs 1 through 19, as they are reasserted and realleged in Paragraph 20.

21. Paragraph 21 sets forth statements of law to which no response is required. To the extent that allegations to which a response is required is contained in Paragraph 21, Defendant denies all such allegations.

22. Defendant denies the allegations in Paragraph 22.

## AFFIRMATIVE DEFENSES

1. Defendant asserts the affirmative defense of fraud.

2. Plaintiff's Complaint fails to state a claim on which relief may be granted.

3. Plaintiff lacks standing to bring a claim under the subject statute.

***WHEREFORE***, Defendant prays this Honorable Court for any and

all relief that may be just and appropriate and to which the Defendant may be entitled.

Defendant,
By its Attorney,

Joseph R. Daigle #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

Dated: June 26, 2006

CERTIFICATION

I hereby certify that a true and accurate copy of the within document was sent via U.S. mail, postage prepaid, on the 26th day of June, 2006, to John T. Longo, Esq., 681 Smith Street, Suite 201, Providence, RI 02908.