UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

ANN GARZILLI,
Plaintiff,

vs. CA 06-269 T

PAUL MASSE CHEVROLET-GEO, INC.
Defendant.

---

**Dismissal Stipulation**

The dispute that gave rise to this litigation having been resolved, and the undersigned being all the parties that have appeared in this matter, pursuant to Rule 41(a)(1) this action shall be dismissed, with prejudice, no costs.

Ann Garzilli,
By her Attorney,

John T. Longo, Esq./#4928
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

Paul Masse Chevrolet-Geo, Inc.,
By its Attorney,

Joseph R. Daigle #5429
~~Roberta Mulholland, Esq./#~~
Gelfuso & Lachut
1193 Reservoir Avenue
Cranston, RI 02920
(401) 942-4300
Fax (401) 946-0970

ENTER:

Ernest C. Torres, Chief Judge
Date: 8/3, 2006

**Certificate of Service**

I, ____Lynn A. Kiley, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this document was made by depositing a copy in the U.S. Mail, First Class Postage prepaid, on ____July 21, 2006, to:

Civil Clerk
US District Court
1 Exchange Terrace
Providence, RI 02903

John T. Longo, Esq.
681 Smith Street
Providence, RI 02908

Lynn A. Kiley